UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ALICE PECK DAY MEMORIAL HOSPITAL, THE CHESHIRE MEDICAL CENTER, and VALLEY REGIONAL HOSPITAL, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL SMITH, in his official capacity as the Secretary of the Vermont Agency of Human Services, STATE OF VERMONT AGENCY OF HUMAN SERVICES, ALEX AZAR, in his official capacity as Secretary of the United States Department of Health and Human Services, SEEMA VERMA, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br><br>Defendants. | CIVIL ACTION No. 1:20-cv-00919-LM |

**STIPULATED MOTION TO EXTEND THE STATE DEFENDANTS' DEADLINE
TO RESPOND TO PLAINTIFFS' COMPLAINT**

Defendants Secretary Smith, and the State of Vermont Agency of Human Services, (collectively "State Defendants"), by and through the Vermont Attorney General's Office, respectfully move to extend their deadline to respond to Plaintiffs' Complaint.

The State Defendants were served on September 17, 2020. Pursuant to F.R.C.P. 12(a)(1), the deadline for responding to the Complaint is October 8, 2020. Counsel for the State Defendants have conferred with Counsel for Plaintiffs and Counsel for the Federal Defendants. Plaintiffs and the Federal Defendants have stipulated to an extension for the State Defendants' responsive pleading. Pursuant to Local Rule 7.2, this extension will not result in the continuance of any hearing, conference, or trial.

State Defendants request an enlargement because they intend to file a motion to change venue.  The requested enlargement would make the State Defendants' responsive pleading due 14 days after the Court rules on the motion to change venue.  In practical terms, this would result in an enlargement of approximately four to six weeks.  Counsel will file the motion to change venue on October 13, 2020.

Pursuant to F.R.C.P. 6(b)(1), the Court may, for good cause, enlarge the time for filing a responsive pleading.  Good cause exists here because it allows the resolution of the proper venue of this case.  Good cause also exists due to the Pandemic and the fact that counsel for State Defendants are working remotely.  The investigation and development of the State Defendants' position is necessarily going to take longer due to current remote work requirements.  Further, the Federal Defendants are not required to file a responsive pleading for sixty days after service. There is no prejudice to the scheduling of this case by enlarging the State Defendants' deadline in the manner requested.

WHEREFORE, the State Defendants respectfully requests that the Court grant this stipulated motion and set a deadline for their response to Plaintiff's Complaint fourteen days after the motion to change venue is resolved.

DATED at Burlington, Vermont this 8th day of October 2020.

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By:   */s/ Eleanor Spottswood*
      Eleanor Spottswood (NH Bar No. 267622)
      Assistant Attorney General
      Office of the Attorney General
      109 State Street
      Montpelier, VT 05609-1001
      (802) 828-3178
      eleanor.spottswood@vermont.gov

      *Counsel for State Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October 2020, I electronically filed *Stipulated Motion to Extend the State Defendants' Deadline to Respond to Plaintiffs' Complaint* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered participants.

DATED at Burlington, Vermont this 8th day of October 2020.

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By:    */s/ Eleanor Spottswood*
        Eleanor Spottswood (NH Bar No. 267622)
        Assistant Attorney General
        Office of the Attorney General
        109 State Street
        Montpelier, VT 05609-1001
        (802) 828-3178
        eleanor.spottswood@vermont.gov

        *Counsel for State Defendants*

4