UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| ALICE PECK DAY MEMORIAL HOSPITAL, THE CHESHIRE MEDICAL CENTER, and VALLEY REGIONAL HOSPITAL, INC., and LITTLETON HOSPITAL ASSOCIATION, INC. d/b/a LITTLETON REGIONAL HEALTHCARE<br>　　　　　　Plaintiffs,<br><br>v.<br><br>MICHAEL SMITH, in his official capacity as the Secretary of the Vermont Agency of Human Services, STATE OF VERMONT AGENCY OF HUMAN SERVICES, GREEN MOUNTAIN CARE BOARD XAVIER BECERRA, in his official capacity as Secretary of the United States Department of Health and Human Services, CHIQUITA BROOKS-LASURE, in her official capacity as Administrator of the Centers for Medicare & Medicaid Services, and CENTERS FOR MEDICARE & MEDICAID SERVICES,<br>　　　　　　Defendants. | Case No.: 2:21-cv-102 |

## MOTION TO EXTEND TIME

Defendants Michael Smith, in his official capacity as the Secretary of the Vermont Agency of Human Services, the State of Vermont Agency of Human Services, and the Green Mountain Care Board (collectively "State Defendants"), by and through the Vermont Attorney General's Office, respectfully move to extend the deadline to reply to Plaintiff Hospitals' Objection to Green Mountain Care Board's Motion to Dismiss and Sur-reply to State Defendants' Reply in Further Support of Their Partial Motion to Dismiss.

Plaintiffs filed their Objection and Sur-reply on November 30, 2021. The deadline for State Defendants' Reply would be December 14, 2021. Due to workload and the holiday season, the undersigned requests an enlargement until December 30, 2021 to file a reply memorandum.

This date should provide sufficient time for all parties to review the memorandum in preparation for the hearing scheduled for January 7, 2022.

Counsel for the State Defendants has conferred with the parties. Counsel for Plaintiffs will only stipulate to an enlargement until December 20, 2021. Plaintiffs' Counsel cites a scheduled time for their team to prepare for oral argument as the reason for needing a reply memorandum by December 20th. Counsel for the Federal Defendants has stipulated to December 30, 2021.

Pursuant to F.R.C.P 6(b)(1), the Court may, for good cause, extend the time for filing a responsive pleading. This enlargement is intended to provide sufficient time for all parties and the Court to review the reply memorandum prior to the January 7, 2022 hearing.

WHEREFORE, the State Defendants respectfully request that the Court grant this motion and extend the deadline for the State's reply memorandum until December 30, 2021.

DATED at South Burlington, Vermont this 7th day of December 2021.

STATE OF VERMONT

THOMAS J. DONOVAN, JR.
ATTORNEY GENERAL

By: /s/ David McLean
David McLean
Assistant Attorney General
Office of the Attorney General
109 State Street
Montpelier, VT 05609-1001
(802) 828-1101
David.McLean@vermont.gov

Counsel for State Defendants